# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Justin Dean Schillinger**

    Plaintiff

vs.                         **CASE NUMBER: 5:20-cv-1575 (ATB)**

**Commissioner of Social Security**

    Defendant

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: ORDERED, that the Commissioners decision is AFFIRMED, and plaintiffs complaint is DISMISSED, and it is ORDERED, that judgment be entered for the DEFENDANT.

All of the above pursuant to the order of the Honorable Andrew T. Baxter, dated the 2nd day of February, 2022.

DATED: February 2, 2022

*[signature]*
Clerk of Court

                                      s/Kathy Rogers
                                      Deputy Clerk